UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
MAY 23 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff(s),

vs.

Eugene Anderson II

Case No. 444-2022-02542
(To be assigned by Clerk of District Court)

23-CV-1518 ((DWF/ECW)

DEMAND FOR JURY TRIAL
YES [✓]  NO [ ]

Defendant(s).

Honeywell International

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit.  Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a.  Plaintiff

   Name  Eugene Anderson II

   Street Address  10020 Morgan Ave s Apt 4

   County, City  Hennepin, Bloomington

   State & Zip Code  MN, 55431

   Telephone Number  (763) 438-7449

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address

   Honeywell International, Katie lorentzen

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name *Katie Lorentzen*

Street Address *1453 NE Stinson Blvd, Minneapolis*

County, City *Hennepin, Minneapolis*

State & Zip Code *MN, 55413*

b.  Defendant No. 2

Name *Honeywell International*

Street Address *1453 NE Stinson Blvd*

County, City *Hennepin, Minneapolis*

State & Zip Code *MN, 55431*

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** [ ]
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a. [✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b. [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. [✓] Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. [ ] Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. [ ] Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)          (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

11/01/2021 — 4/08/2022

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. [✓] Yes      Date filed: 9/16/2022

b. [ ] No

7. Have you received a Notice of Right-to-Sue Letter?

Yes

3

a. ☐ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☐ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ☐ Failure to hire me

b. ☑ Termination of my employment

c. ☐ Failure to promote me

d. ☐ Failure to accommodate my disability

e. ☑ Terms and conditions of employment differ from those of similar employees

f. ☑ Retaliation

g. ☑ Harassment

h. ☑ Other conduct (please specify):
Breach of Confidentiality and Unlawful Medical Inquiry

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?
☑ Yes  ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ☑ Race

b. ☑ Religion

c. ☑ National origin

4

d. ☐ Color

e. ☑ Gender

f. ☑ Disability

g. ☐ Age (my birth year is:_____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes    ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. In or around Oct. 2021 I was notified by my former employer that everyone would be required all employees to be fully vaccinated of COVid 19. I sincerely hold a profound religion belief that conflicts with my former employers vaccination requirements. I notified Honeywell of my religion belief and requested a religious accommination to the Respondents Covid 19 vaccination mandate, which was approved.
— In retaliation respondent knowingly descriminated against those who had religious exemptions making us continue to wear our Face Mask when inside giving those who had been Vaccinated green passes to show that they didn't need to follow any rules.
— They also mandated weekly testing which I objected to in my exemption saying that I would not engage in any testing of giving of non of my medical information this was in violation of (GINA ACT).
— On/about March 9, 2022 I was placed of multiple weeks of unpaid leave for following my exemption that was approved. Multiple Emails were sent to Katie forenhem explaining how multiple Civil Rights acts and Medical statues were being violated and my rights as a us Citizen were important and protected including all my Medical information

5

**Attach additional sheets of paper as necessary.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. My main concern is the change in respect of employees that work for Henny Wall International no matter what creed, Race, or Religious belief should be respected and not tolerated. My livihood was taken from me. I didn't know were my next meal would come from due to no unemployment that was denied. Compensation wise I want the maximum amount due for every single law/statute broken and or violated including pain and suffering for the mental stress and health issues that have occured.

Date: _____    _____

Signature of Plaintiff

Mailing Address  10010 Morgan Ave S Apt 4

Telephone Number (763) 458-7948

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6